UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CEDRIC GREENE, | Case No. 2:15-cv-00115-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GREYHOUND BUS LINES, | |
| Defendant. | |

Plaintiff Cedric Greene is proceeding in this action pro se. He submitted a complaint on January 20, 2015. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff did not pay the required filing fee of $400.00 or file an application to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a) and Local Special Rule 1-1. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff shall file an application to proceed in forma pauperis accompanied by a signed financial certificate no later than **April 10, 2015.**

2. The Clerk of the Court shall send Plaintiff a blank application form for pro se litigants who are not incarcerated.

3. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of four hundred dollars, accompanied by a copy of this Order, no later than **April 15, 2015.**

4. Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated this 10th day of March, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE