# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CEDRIC GREENE,

    Plaintiff,

vs.

GREYHOUND LINES, INC.,

    Defendant.

Case No.: 2:15-cv-00115-GMN-PAL

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN**

  Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered May 8, 2015.

  Pursuant to Local Rule IB 3-2(a), objections were due by May 25, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 4) is granted and his Complaint (ECF No. 7) be dismissed with prejudice. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

  **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 6) is **ACCEPTED and ADOPTED in full.** Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 4) is **GRANTED** and his Complaint (ECF No. 7) is dismissed with prejudice.

  **IT IS FURTHER ORDERED** that Plaintiff's Motion to Consolidate (ECF No. 8) is **DENIED as moot**. The Clerk shall enter judgment accordingly and close the case.

  **DATED** this 5th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court